**Dismissed and Opinion Filed January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00717-CV

**MALAMA WALTER MWIKUTA, Appellant**
**V.**
**SHIRLEY MITCHELL, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02641-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

By correspondence dated May 28, 2013, the Court notified appellant that the filing fee in this case was unpaid and due within 10 days of the date of the notice. The Court advised appellant that failure to pay the filing fee within 10 days would result in dismissal of the case without further notice. Also by correspondence dated May 28, 2013, the Court notified appellant that the docketing statement had not been filed in this appeal. The Court advised appellant that failure to file a proper docketing statement within 10 days of the date of the notice could result in the dismissal of the appeal. By correspondence dated June 18, 2013, the Court advised appellant that it had received notice that the clerk's record had not been filed because appellant had not paid or made arrangements to pay the clerk's fee. The Court requested appellant to provide written verification within 10 days that appellant had paid or made arrangements to pay the

clerk's fee or written documentation that appellant had been found entitled to proceed without the payment of costs. The Court cautioned appellant that failure to provide the necessary verification within the required time could result in dismissal for want of prosecution. As of today's date, the Court has received no further communication from appellant. The filing fee remains unpaid, the docketing statement has not been filed, and the court has not received a copy of the clerk's record or notification that appellant had paid or made arrangements to pay the clerk's fee or written documentation that appellant has been found entitled to proceed without the payment of costs. Accordingly, we **DISMISS** the captioned appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(c).

130717F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MALAMA WALTER MWIKUTA,
Appellant

No. 05-13-00717-CV        V.

SHIRLEY MITCHELL, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-13-02641-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SHIRLEY MITCHELL recover her costs of this appeal from appellant MALAMA WALTER MWIKUTA.

Judgment entered January 31, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–